USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SIMON BROWN,

                                        Plaintiff,

        - against -

FOX NEWS NETWORK, LLC,

                                        Defendant.

Case No. 1:19-cv-08260 (LGS)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Fox News Network, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  New York, New York
        February 12, 2020

**LIEBOWITZ LAW FIRM, PLLC**

Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
rl@liebowitzlawfirm.com
*Attorneys for Plaintiff*
*Simon Brown*

**MINTZ & GOLD LLP**

Steven G. Mintz
Terence W. McCormick
600 Third Avenue, 25th Floor
New York, New York 10016
212-696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Defendant*
*Fox News Network, LLC*

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: February  13 , 2020